Garrick L. Gallagher/Bar No. 009980
Victoria M. Vaughn/Bar No. 029798
Joel T. Fugate/Bar No. 031739
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Direct Phone: (602) 532-5720
Direct Fax: (602) 230-5053
Garrick.Gallagher@sandersparks.com
Victoria.Vaughn@sandersparks.com
Joel.Fugate@sandersparks.com

Attorneys for Defendant Management & Training Corporation, Rider, Elder, State of
Arizona, Arizona Department of Corrections, Ryan, Barnes, Diaz, and Freeland

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmy Mamoth, et al.<br><br>                Plaintiffs,<br><br>v.<br><br>Management & Training Corporation, et al.<br><br>                Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL OF MARICOPA COUNTY SUPERIOR COURT CASE NO. CV2016-091330 TO THE UNITED STATES DISTRICT COURT** |

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA (PHOENIX) AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Defendant Tara Diaz ("Defendant Diaz"), pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and LRCiv 3.6, submits this Notice of Removal of the above-entitled action, case number CV2016-091330, from the Superior Court of Arizona in Maricopa County to the United States District Court for the District of Arizona, and in support of removal asserts the following:

1.      On March 8, 2016, Plaintiffs filed a Complaint in the Superior Court of Arizona in Maricopa County entitled *Jimmy Mamoth, et al. v. Management Training Corporation, et al.*, case number CV2016-091330 (the "State Court Action").

2.      Attached hereto as <u>Exhibit A</u> is an index of all process, pleadings, motions, and orders filed in the State Court Action. Pursuant to 28 U.S.C. § 1446(a), a true and

1  correct copy of each of these documents are attached as Appendices to Exhibit A.

2        3.     The State Court Action alleges, among other claims, violation of Plaintiffs'
3  constitutional rights under 42 U.S.C. § 1983.

4        4.     Because one or more claims asserted by Plaintiffs arise under the
5  Constitution, laws, or treaties of the United States, the United States District Court has
6  original jurisdiction pursuant to 28 U.S.C. § 1331, and removal jurisdiction pursuant to
7  28 U.S.C. § 1441.

8        5.     The District Court has supplemental jurisdiction over any additional claims
9  as they form part of the same case or controversy and arise out of a common nucleus of
10  operative facts pursuant to 28 U.S.C. § 1367(a).

11        6.     This Court is in the district and division embracing the place where the
12  State Court Action is currently pending under 28 U.S.C. § 1441(a).

13        7.     The only Defendant in the State Court Action properly served with a copy
14  of the Summons and Complaint is Betty Barnes ("Defendant Barnes"), who was served
15  on June 30, 2016.

16        8.     A copy of the Summons and Complaint was delivered to Defendant Pamala
17  Rider ("Defendant Rider") on July 12, 2016; however, such delivery was past the service
18  deadline of July 6, 2016, and therefore Defendant Rider was not properly served.

19        9.     Only defendants who have been properly joined and served at the time this
20  Notice is filed must join in or consent to removal of the State Court Action under 28
21  U.S.C. § 1446(b)(2)(A).

22        10.    Defendant Barnes consents to removal of the State Court Action.

23        11.    Defendant Rider was not served and is not required to consent to removal
24  of the State Court Action. Nevertheless, in an abundance of caution, Defendant Rider
25  consents to removal of the State Court Action in the event any dispute arises regarding
26  service on Defendant Rider.

27        12.    This Notice of Removal is timely filed with this Court under 28 U.S.C. §
28  1446(b), because Defendant Diaz has not been served.

1    13.    Defendant Diaz makes this appearance for purposes of removal only and

2 reserves the right to move for dismissal for lack of personal jurisdiction.

3    14.    This Notice of Removal is filed subject to a full reservation of rights,

4 including all objections, arguments, and defenses to Plaintiffs' Complaint.

5    15.    In accordance with 28 U.S.C. § 1446(d) and LRCiv 3.6, the Notice of

6 Removal of This Action to Federal Court will be filed on this same day with the Clerk of

7 the Superior Court of Arizona in Maricopa County, and also mailed to all adverse parties,

8 and is attached hereto as Exhibit B.

9    16.    This Notice is signed pursuant to Fed. R. Civ. P. 11, 28 U.S.C. § 1446(a),

10 and in accordance with LRCiv 3.6.

11    **RESPECTFULLY SUBMITTED** this 30th day of August, 2016.

12

13                          SANDERS & PARKS, P.C.

14

15    By /s/ Victoria M. Vaughn
                          _____
16                          Garrick L. Gallagher
                          Victoria M. Vaughn
17                          Joel T. Fugate
                          3030 North Third Street, Suite 1300
18                          Phoenix, AZ  85012-3099
                          Attorneys for Defendants Management &
19                          Training Corporation, Rider, Elder, State of
                          Arizona, Arizona Department of
20                          Corrections, Ryan, Barnes, Diaz, and
                          Freeland

21

22

23

24

25

26

27

28

**Certificate of Service**

I hereby certify that on this 30th day of August, 2016, I electronically transmitted this Notice of Removal to the Clerk of the Court using the CM/ECF System and also sent copies to the following parties via U.S. mail:

Jimmy Mamoth, #257290
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se

Adam Mills, #251754
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se

Shawn Burns, #186086
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se

Walter J. Belcher, #278500
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se

Clay Faccio, #114962
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se

Ray McIntire, #148743
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se

Thomas Hiemstra, #215637
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se

James Buchanan, #256819
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se

David Baxter, #120854
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se

Andrew Fernicola, #198176
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se

Benjamin Hollembeak, #215787
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se

Damon Mack, #180378
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se

Alex Osuna, #256039
2504 W. 25th St.
Yuma, Arizona 85364
Plaintiff Pro Se

Ronnie W. Clark, #256820
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se

Mark A. Morris, #098247
ASPC-Tucson Whetstone 1.B-61
P.O. Box 24402
Tucson, Arizona 85734
Plaintiff Pro Se

Reginald Colvin, #260737
ASPC-Red Rock Correctional Center
1752 East Arica Road
Eloy, AZ 85131
Plaintiff Pro Se


By: Wendy L. Echols